NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5092, -5093

PRECISION PINE & TIMBER, INC.,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims
98-CV-720, Judge George W. Miller.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Precision Pine & Timber, Inc. moves for leave to file a principal/response brief containing 17,075 words.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is denied. Precision Pine & Timber's corrected principal/response brief, not to exceed 16,500 words, is due within 14 days of the date of filing of this order.

(2)     The United States should calculate the due date for its reply brief from the date of service of the corrected principal/response brief.

FOR THE COURT

**MAR 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK

cc:    Alan I. Saltman, Esq.
       David A. Harrington, Esq.

s8

2008-5092, -5093                              - 2 -